# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2024

## NO. 03-23-00437-CV

**The Texas Department of Transportation;
Marc D. Williams, in his Official Capacity as the Executive Director of the
Texas Department of Transportation; and Kyle Madsen, in his Official Capacity as
Director of Right of Way for the Texas Department of Transportation, Appellants**

**v.**

**John Gannon, Inc., Appellee**

---

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
VACATED AND DISMISSED ON APPELLANTS' MOTION –
OPINION BY JUSTICE KELLY**

---

This is an appeal from the judgment signed by the trial court on July 21, 2023. Appellants have filed a motion to vacate the trial court's judgment and dismiss the cause, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion, dismisses the appeal, vacates the trial court's judgment, and dismisses the underlying suit. Appellants shall pay one-half the costs relating to this appeal, and appellee shall pay one-half the costs relating to this appeal, both in this Court and in the court below.